**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROSIE MARTIN                                                                                          PLAINTIFF

v.                                         No. 5:03CV00266 JLH

CHARLES DANNY KNIGHT, Individually and as
Superintendent of Schools of the Watson Chapel,
Arkansas School District No. 24, a Public Body
Corporate; and WATSON CHAPEL SCHOOL
DISTRICT NO. 24 BOARD OF EDUCATION,
a Public Body Corporate                                                                        DEFENDANTS

**ORDER**

For the reasons stated in the Opinion entered separately today, defendants' motion for new trial is DENIED. Defendants' alternative motion for remittitur is GRANTED. The jury award of $500,000 for compensatory damages other than lost wages and benefits will be remitted to $150,000, or the Court will order a new trial on the issue of damages other than lost wages and benefits. Martin must file a statement with the Court within ten business days stating whether she elects to accept the remittitur or whether she elects a new trial on the issue of damages other than lost wages and benefits. If Martin files no statement of her election within ten business days, the Court will order a new trial on the issue of damages other than lost wages and benefits.

IT IS SO ORDERED this 2nd day of August, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE