IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROSIE MARTIN                                                                                                    PLAINTIFF

v.                                              No. 5:03CV00266 JLH

CHARLES DANNY KNIGHT, Individually and as
Superintendent of Schools of the Watson Chapel,
Arkansas School District No. 24, a Public Body
Corporate; and WATSON CHAPEL SCHOOL
DISTRICT NO. 24 BOARD OF EDUCATION,
a Public Body Corporate                                                                            DEFENDANTS

## JUDGMENT

Judgment is hereby entered in the total amount of $149,180.17 in favor of plaintiff for her attorneys' fees and costs plus pre-judgment interest to accrue at the rate of 5.10% per annum from the date this judgment is entered until it is satisfied.

IT IS SO ORDERED this 7th day of August, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE